**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLIVE FRANK BOUSTRED,

    Petitioner,

vs.

JUDITH A. COX, Chief Probation Officer, et al.,

    Respondents.

No. C 05-0995 PJH (PR)

**ORDER GRANTING MOTION TO DISMISS**

(Docs 9, 21 & 23)

This is a habeas case filed pro se by a petitioner who is on probation from a state criminal conviction. Before the court for ruling is respondent's opposed motion to dismiss on abstention grounds.

Respondent contends that the court should abstain because state direct appeal proceedings are pending. Petitioner does not deny that the appeal is pending.

The Ninth Circuit has held unequivocally that the exhaustion requirement is not satisfied if there is a pending proceeding in state court, even if the issue the petitioner seeks to raise in federal court has been finally determined by the highest available state court in another context. *Sherwood v. Tomkins*, 716 F.2d 632, 634 (9th Cir. 1983). This is because the pending state action might result in reversal of the conviction on some other ground, mooting the federal case. *See id.*

Although *Younger* abstention[1] might seem a better rationale for this requirement than exhaustion, *see Phillips v. Vasquez*, 56 F.3d 1030, 1038-39 (9th Cir. 1995) (concurring opinion), the court is nevertheless required to follow *Sherwood*.

---

[1] *Younger v. Harris*, 401 U.S. 37, 54 (1971).

The petition must be dismissed without prejudice to refiling it when no further proceedings are pending in the California state courts. *See Sherwood*, 716 F.2d at 634 (if state court action is pending, claims are not exhausted).

## CONCLUSION

Respondent's motion to dismiss (doc 9) is **GRANTED**. Petitioner's motions to dismiss the state cases against him (docs 21 & 23) are **DENIED** as moot. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 14, 2006.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.05\BOUSTRED995.DSM